(128 So. 118)

## STRICKLAND v. STATE.

### 4 Div. 586.

Court of Appeals of Alabama.
April 22, 1930.

Harry Adams, of Enterprise, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J.

The exceptions reserved by defendant to the rulings of the court upon the admission of evidence are so wholly without merit they need not be discussed.

This appellant was convicted for the offense of violating the prohibition law, and upon the trial there was evidence tending to show his guilt. It follows that the affirmative charge requested by him was not in point and was properly refused.

No other questions are involved.

Affirmed.